MICHAEL T. CLARK et al., Respondents, *v.* JOSEPH CURTIS, as President of Newspaper and Mail Deliverers' Union of New York and Vicinity, an Unincorporated Association, et al., Appellants. (Two Actions.)

Argued April 20, 1948; decided May 21, 1948.

*Samuel Duker* for Newspaper and Mail Deliverers' Union of New York and Vicinity, appellant.

*Edwin F. Korkus* for Rockaway News Supply Co., Inc., appellant.

*Arthur G. Warner* and *James E. Birdsall* for respondents.

In both actions: Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.